# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Mark David Stamper,

        Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                              3:03-cv-362-2

State of North Carolina,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/25/05 Order.

**Signed: July 25, 2005**

Frank G. Johns, Clerk
United States District Court